IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MAGNACHARGE LLC<br><br>    Plaintiff,<br><br>v.<br><br>IKEA NORTH AMERICA SERVICES, LLC and IKEA DALLAS, L.P.,<br><br>    Defendant. | Civil Action No. 4:20-cv-237<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Magnacharge LLC ("Magnacharge") and Defendants Ikea North America Services, LLC and Ikea Dallas, L.P. ("Ikea") have reached an agreement in principle that resolves all matters in controversy between them in the above-captioned action. Accordingly, the parties jointly ask that the Court stay all pending deadlines between them for 45 days, so that the parties may finalize and file dismissal papers without incurring additional expenses. Plaintiff makes this motion with the consent of Defendants, who have not yet formally appeared in this action.

Dated: October 2, 2020          DEVLIN LAW FIRM LLC

                                   */s/ Robert Kiddie*
                                   Robert Kiddie
                                   Texas State Bar No. 24060092
                                   rkiddie@devlinlawfirm.com
                                   Timothy Devlin
                                   tdevlin@devlinlawfirm.com
                                   James M. Lennon
                                   jlennon@devlinlawfirm.com
                                   1526 Gilpin Avenue
                                   Wilmington, Delaware 19806
                                   Telephone: (302) 449-9010
                                   Facsimile: (302) 353-4251

                                   *Attorneys for Plaintiff Magnacharge LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 2nd day of October, 2020.

                                   */s/ Robert Kiddie*
                                   Robert Kiddie